## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

IN RE:

Adam Kayi

Case No.   08-17260 WCH

Chapter   7

Debtor

---

### ORDER ON MOTION TO REOPEN THE CASE
### FOR A LIMITED PURPOSE

After consideration of the Motion to Reopen the Case for the Limited Purpose of Filing by First Tennessee Bank National Association a Motion To Strike Proof Of Claim (the "Motion") , it is hereby ORDERED:

1. For good cause shown, and no hearing being necessary, the Motion is hereby GRANTED.

2. The above-referenced case be and hereby is reopened for the limited purpose requested.

3. The Motion to Strike Proof of Claim shall be filed on or before September 25, 2009 after which the case shall then be re-closed.

ENTERED at Boston, Massachusetts.

Date: September 21, 2009

_____
Hon. William C. Hillman