THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:

Adam Kayi

Case No.   08-17260 WCH

Chapter   7

Debtor

ORDER ON MOTION TO STRIKE PROOF OF CLAIM

After consideration of the Motion to Strike Proof Of Claim ( Doc. No. 13 ) the "Motion") filed by First Tennessee Bank National Association and a review of the proof of claim referenced in the Motion, it is hereby ORDERED:

1. The Motion is hereby GRANTED.

2. The Clerk shall strike the claim referenced in the Motion from the claims register.

ENTERED at Boston, Massachusetts

Date: September 22, 2009

_____
Hon. William C. Hillman