UNITED STATES BANKRUPTCY COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:

Adam Kayi

Case No.   08-17260 WCH

Chapter   7

Debtor

## ORDER ON MOTION TO REOPEN THE CASE
## FOR A LIMITED PURPOSE

After consideration of the Motion to Reopen the Case for the Limited Purpose of Filing by First Tennessee Bank National Association a Motion To Strike Proof Of Claim (the "Motion") , it is hereby ORDERED:

1. For good cause shown, and no hearing being necessary, the Motion is hereby GRANTED.

2. The above-referenced case be and hereby is reopened for the limited purpose requested.

3. The Motion to Strike Proof of Claim shall be filed on or before September 25, 2009 after which the case shall then be re-closed.

ENTERED at Boston, Massachusetts.

Date:  September 21  , 2009

_____
Hon. William C. Hillman

# CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: jregan              Page 1 of 1            Date Rcvd: Sep 21, 2009
Case: 08-17260                Form ID: pdf012           Total Noticed: 4

The following entities were noticed by first class mail on Sep 23, 2009.
db          +Adam Kayi,    55 Gordon Street,    Apartment 1,    Allston, MA 02134-2410
aty          Deirdre M. Keady,    Harmon Law Offices,    P.O. Bos 610345,    Newton Highlands, MA   02461-0345
aty         +Hal K. Levitte,    Attorney Hal K. Levitte,    Old City Hall,    45 School Street, 2nd Floor,
              Boston, MA 02108-3206
tr          +John Aquino,    Anderson Aquino LLP,    240 Lewis Wharf,    Boston, MA 02110-3927

The following entities were noticed by electronic transmission.
NONE.                                                                                           TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 23, 2009**                    **Signature:**    *Joseph Speetjens*