THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

IN RE:

Adam Kayi

Case No.    08-17260 WCH

Chapter    7

Debtor

ORDER ON MOTION TO STRIKE PROOF OF CLAIM

After consideration of the Motion to Strike Proof Of Claim ( Doc. No. 13 ) (the

"Motion") filed by First Tennessee Bank National Association and a review of the proof

of claim referenced in the Motion, it is hereby ORDERED:

1. The Motion is hereby GRANTED.

2. The Clerk shall strike the claim referenced in the Motion from the claims
register.

ENTERED at Boston, Massachusetts

Date: September 22 , 2009

Hon. William C. Hillman

Certificate of Service   Page 2 of 2

# CERTIFICATE OF NOTICE

```
District/off: 0101-1          User: jregan          Page 1 of 1          Date Rcvd: Sep 22, 2009
Case: 08-17260                Form ID: pdf012        Total Noticed: 4


The following entities were noticed by first class mail on Sep 24, 2009.
db           +Adam Kayi,   55 Gordon Street,   Apartment 1,   Allston, MA 02134-2410
aty           Deirdre M. Keady,   Harmon Law Offices,   P.O. Bos 610345,   Newton Highlands, MA  02461-0345
aty          +Hal K. Levitte,   Attorney Hal K. Levitte,   Old City Hall,   45 School Street, 2nd Floor,
              Boston, MA 02108-3206
tr           +John Aquino,   Anderson Aquino LLP,   240 Lewis Wharf,   Boston, MA 02110-3927

The following entities were noticed by electronic transmission.
NONE.                                                                                    TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 24, 2009**                    **Signature:**    _Joseph Speetjens_